IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROD GIESEKE, JAY BUTSON,<br>and DAN HOLLAND, | § | |
| | § | |
| | § | |
| Defendants Below, Appellants, | § | No. 126, 2021 |
| | § | |
| v. | § | |
| | § | Court Below:  Court of Chancery |
| PEARL CITY ELEVATOR, INC., | § | of the State of Delaware |
| | § | |
| Plaintiff Below, Appellee, | § | |
| | § | C.A. No. 2020-0419 |
| and | § | |
| | § | |
| ADKINS ENERGY, LLC, | § | |
| | § | |
| Nominal Defendant Below. | § | |

Submitted:    October 27, 2021
Decided:    November 12, 2021

Before **VALIHURA**, **VAUGHN**, and **MONTGOMERY-REEVES**, Justices.

### O R D E R

Now this 12th day of November 2021, the Court having considered this matter on

the briefs and oral arguments of the parties and the record below, and having concluded

that the same should be affirmed on the basis of and for the reasons assigned by the Court

of Chancery in its Memorandum Opinion dated March 23, 2021, and its Orders dated April

6, 2021 and April 20, 2021;

NOW, THEREFORE, IT IS ORDERED that the decisions of the Court of Chancery

be and the same hereby are AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice